Michele R. Stafford, Esq. (SBN 172509)
Muriel B. Kaplan, Esq. (SBN 124607)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
mkaplan@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL E. BURNS, et al., as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RYAN ENGINEERING, INC., a California corporation,<br><br>Defendant. | Case No.: C13-4558 JST<br><br>**PLAINTIFFS' REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER THEREON**<br><br>Date:   Wednesday, March 19, 2014<br>Time:  2:00 p.m.<br>Ctrm:  9, 19th Floor<br>         450 Golden Gate Avenue<br>         San Francisco, California<br>Judge:  The Honorable Jon S. Tigar |

Plaintiffs respectfully request that the Case Management Conference scheduled for March 19, 2014, at 2:00 p.m., be continued for approximately sixty (60) days, as follows:

1.      As the Court's records will reflect, this action was filed on October 2, 2013 to compel Defendant to comply with the terms of its Collective Bargaining Agreement.

2.      On December 31, 2013, Plaintiffs filed a Request for Continuance of the Case Management Conference because Defendant had not been served, but Plaintiffs' counsel and Defendant's counsel were in communications to resolve this matter (Dkt. #9). On January 3, 2014, the Court granted Plaintiffs' request and the Case Management Conference was rescheduled to March 19, 2014 (Dkt. #10).

3.      On January 21, 2014, Plaintiffs issued a Notice of Lawsuit and Request to Waive Service of a Summons to Defendant's counsel, along with copies of the Complaint, Summons, and

P:\CLIENTS\OE3CL\Ryan Engineering\Pleadings\request to continue cmc 030314.docx

1  other pleadings which had been filed in this action. (Dkt. #11). On January 30, 2014, Plaintiffs

2  filed the Waiver of Service of the Summons, which was executed by Defendant's attorney on

3  January 24, 2014 (Dkt. #12). Defendant's deadline to file a responsive pleading to Plaintiffs'

4  Complaint is March 24, 2014.

5          4.      Defendant has submitted payment of principal contributions due, and Plaintiffs

6  have informed Defendant's counsel of remaining interest, liquidated damages, and attorneys' fees

7  and costs incurred. If Defendant submits payment of these amounts remaining due to Plaintiffs,

8  Plaintiffs will file a Notice of Voluntary Dismissal. If Defendant decides to enter into a payment

9  plan for amounts due, Plaintiffs will prepare and file a Judgment Pursuant to Stipulation. In the

10 alternative, if Defendant fails to respond to Plaintiffs' demand for remaining amounts due,

11 Plaintiffs will proceed with legal action to compel Defendant's compliance with their obligations

12 once they have made an appearance.

13         5.      There are no issues that need to be addressed by this Court at the currently

14 scheduled Case Management Conference.  In the interest of conserving costs as well as the Court's

15 time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled

16 Case Management Conference for approximately sixty (60) days, in order to allow for sufficient

17 time for Defendant to file its responsive pleading, and for Plaintiffs and Defendant to resolve this

18 matter.

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

6.      Plaintiffs recognize that a case management conference statement is due seven days in advance of the case management conference date and that the statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement" pursuant to Local Rule 16-9.  Should this Court require Plaintiffs to file a Case Management Conference Statement, Plaintiffs will do so promptly.

Dated: March 4, 2014                              **SALTZMAN & JOHNSON**
                                                  **LAW CORPORATION**

                                    By:  _____/S/_____
                                                  Michele R. Stafford
                                                  Attorneys for Plaintiffs

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to __May 21, 2014__, and all related deadlines are extended accordingly.

Date: __March 5, 2014_____            _____
                                       THE HONORABLE JON S. TIGAR
                                       UNITED STATES DISTRICT COURT

-3-
**REQUEST TO CONTINUE CMC**
**Case No.: C13-4558 JST**

P:\CLIENTS\OE3CL\Ryan Engineering\Pleadings\request to continue cmc 030314.docx